UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|              ) | |
|       Plaintiff, ) | |
|              ) | |
|    vs. ) | Case No. 4:11-cv-827 JCH |
|              ) | |
| REAL PROPERTY AT 29520 STATE ) | |
| HIGHWAY J, WRIGHT CITY, MO 63390, ) | |
| ET AL ) | |
|       Defendants. ) | |

**ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendants **Real Property at 29520 State Highway J, Wright City, MO 63390 and Real Property at 102 State Highway J, Wright City, MO 63390** on **June 17, 2011**.

**IT IS HEREBY ORDERED** that plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal without prejudice.

Dated this 15th day of December, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE